IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SAVANNAH MARTIN AND
KIMBERLY PIPPEN                                                                PLAINTIFFS

VS.                                            CASE NO. 04-CV-1048

BEMIS COMPANY AND
PACE INTERNATIONAL UNION                                              DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment as to Plaintiff Savannah Martin filed on behalf of the Defendant Bemis Company. (Doc. No. 21). Plaintiff Savannah Martin has filed a response. (Doc. No. 45). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. Plaintiff Savannah Martin's claims against Defendant Bemis Company are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 10th day of February, 2006.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge