IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SAVANNAH MARTIN AND
KIMBERLY PIPPEN                                                            PLAINTIFFS

VS.                                    CASE NO. 04-CV-1048

BEMIS COMPANY AND
PACE INTERNATIONAL UNION                                                   DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment as to Plaintiff Kimberly Pippen filed on behalf of the Defendant Bemis Company. (Doc. No. 24). Plaintiff Kimberly Pippen has filed a response. (Doc. No. 45). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. Plaintiff Kimberly Pippen's claims against Defendant Bemis Company are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 10th day of February, 2006.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge