IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SAVANNAH MARTIN AND
KIMBERLY PIPPEN                                                                    PLAINTIFFS

VS.                                       CASE NO. 04-CV-1048

BEMIS COMPANY AND
PACE INTERNATIONAL UNION                                                DEFENDANTS

## JUDGMENT

Before the Court is a Motion to Dismiss or for Summary Judgment filed on behalf of the Defendant PACE International Union. (Doc. No. 29). The Plaintiffs Savannah Martin and Kimberly Pippen have filed a response. (Doc. No. 45). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. The Plaintiffs' claims against Defendant PACE International Union are hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 10th day of February, 2006.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge