IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SAVANNAH MARTIN and
KIMBERLY PIPPEN                                                                    PLAINTIFFS

VS.                                    CASE NO. 04-CV-1048

BEMIS COMPANY, INC. and
P.A.C.E. INTERNATIONAL UNION                                                       DEFENDANTS

## ORDER

On April 11, 2006, Defendant Bemis Company, Inc. ("Bemis") filed a Bill of Costs in the above styled and numbered matter. (Doc. No. 89). Plaintiffs Savannah Martin and Kimberly Pippen responded. (Doc. No. 90). On February 10, 2006, the Court granted Bemis' motions for summary judgment in this matter. Bemis now claims $2,494.60 as costs. Plaintiffs respond that it is against public policy to award attorney fees to a prevailing defendant in a Title VII case. However, Bemis is not seeking attorney's fees in this matter. It is only seeking costs. Rule 54(d) states, "[C]osts ... shall be allowed as of course to the prevailing party unless the court otherwise directs ... [.]" Bemis is the prevailing party in this matter, therefore, the Court finds that Bemis should be awarded costs. However, in its discretion, the Court will not allow Bemis to recover the claimed $25.00 for docket fees under 28 U.S.C 1923 or $11.70 in photocopying costs incurred after August 15, 2005, the date electronic filing became effective in the Western District of Arkansas. Therefore, the Court orders the Clerk to tax costs in this case in favor of the Defendant Bemis Company, Inc. in the amount of $2,457.90.

IT IS SO ORDERED, this 20th day of November, 2006.

                                                                 /s/Harry F. Barnes
                                                                Hon. Harry F. Barnes
                                                                United States District Judge